THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Terry Lee Smith, Appellant.
 
 
 

Appeal From Spartanburg County
Lee S. Alford, Circuit Court Judge
Unpublished Opinion No. 2008-UP-677
Submitted December 1, 2008  Filed
 December 9, 2008    
APPEAL DISMISSED

 
 
 
 Appellate Defender Kathrine H. Hudgins, of Columbia, for
 Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, all
 of Columbia; and Solicitor Harold W. Gowdy, III, of Spartanburg, for
 Respondent.
 
 
 

PER CURIAM:  Terry Lee Smith pled guilty but mentally ill pursuant
 to North Carolina v. Alford, to kidnapping, armed robbery, car jacking,
 common law robbery, and assault and battery of a high and aggravated nature. 
 Smith received concurrent sentences of twenty-three, twenty-three, twenty,
 fifteen, and ten years, respectively.  Smith argues the trial court erred by
 failing to conduct a State v. Blair, 275 S.C. 529, 273 S.E.2d 536
 (1981), hearing to determine his competence before accepting his plea.   After a thorough review of the record and counsels
 brief pursuant to Anders v. California, 386 U.S. 738 (1967), and State
 v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss Smiths appeal
 and grant counsels motion to be relieved.[1] 
APPEAL
 DISMISSED.  
HEARN, C.J., SHORT and KONDUROS, JJ., concur.  

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.